**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26276-BLOOM**

FRANKLIN CORDOVA ESQUIVEL,

Petitioner,

v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondent.
_________________________________/

**ORDER DISMISSING HABEAS CASE WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Petitioner filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. [1] ("Petition"), but neither paid the required $5.00 filing fee nor filed a motion to proceed *in forma pauperis*. On September 14, 2026, the Court ordered Plaintiff to either pay the filing fee or, in the alternative, file a motion to proceed *in forma pauperis* by **October 12, 2026**. ECF No. [4]. The Court cautioned that "[f]ailure to comply may result in dismissal without prejudice and without further notice." *Id*. To date, Plaintiff has failed to pay the filing fee or file a motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition, **ECF No. [1]**, is **DENIED WITHOUT PREJUDICE**.
2. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 20, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Franklin Cordova Esquivel, *Pro Se*
52314506
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101